**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Patrick RIVERA, Defendant–Appellant.**

No. 11–12500
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Feb. 3, 2012.

Wifredo A. Ferrer, U.S. Attorney, Seth M. Schlessinger, Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Neal Gary Rosensweig, Attorney at Law, Hollywood, FL, for Defendant–Appellant.

Before CARNES, WILSON and BLACK, Circuit Judges.

PER CURIAM:

Neal Gary Rosensweig, counsel for Patrick Rivera in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386

U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Rivera's conviction and sentence are **AFFIRMED**.